**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-23410-BLOOM/Elfenbein**

JOSE ANTONIO GAMA NUNEZ,

     Plaintiff,

v.

KRISTI LYNN ARNOLD NOEM, *in her capacity as the*
*Secretary of the Department of Homeland Security*,
TODD LYONS, *in his capacity as the Acting Director of*
*U.S. Immigration and Customs Enforcement*, and
GARRETT J. RIPA, *in his capacity as the Miami Field Office*
*Director for U.S. Immigration and Customs Enforcement*,

     Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal, ECF No. [7] ("Notice"), filed on August 12, 2025. The Court has carefully reviewed the Notice, the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice, **ECF No. [7]**, is **APPROVED** and **ADOPTED**;

2. The above-styled case is **DISMISSED WITHOUT PREJUDICE;**

3. Each party shall bear its own attorneys' fees and costs;

4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;

5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 25-cv-23410-BLOOM/Elfenbein

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 13, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:     Counsel of Record

2